# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIBA NOURIAN, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SWISS INTERNATIONAL AIRLINES LTD., a corporation; and DOES 1-30,<br><br>　　　　Defendants. | Case No.: 2:21-cv-06192-PA-JDE<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. 2:21-cv-06192-PA-JDE is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: April 1, 2022

_____
Percy Anderson
United States District Judge